ACCEPTED
14-15-00718-CV
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
9/8/2015 2:09:24 PM
CHRISTOPHER PRINE
CLERK



ZABEL
FREEMAN

HOUSTON OFFICE:
1135 HEIGHTS BOULEVARD
HOUSTON, TEXAS 77008
PHONE: 713.802.9117
FACSIMILE: 713.802.9114

MIAMI OFFICE:
ONE SOUTHEAST THIRD AVENUE
SUITE 3000
MIAMI, FLORIDA 33131
TELEPHONE: 305.851.8211
TELECOPIER: 305.851.8216

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
9/8/2015 2:09:24 PM
CHRISTOPHER A. PRINE
Clerk

September 8, 2015

**VIA E-FILING**
Mr. Christopher A. Prine
Clerk, Fourteenth Court of Appeals
301 Fannin Street, Room 245
Houston, Texas 77002

Re:     Cause No. 14-15-00718-CV; *Adriene Sibley v. Seminole Pipeline Company, LLC, et al.*; In the Fourteenth Court of Appeals, Houston, Texas.

Dear Mr. Prine:

On September 4, 2015, Appellant Adriene Sibley ("Sibley") filed a Motion to Transfer Case, requesting that this appeal be transferred to the First Court of Appeals. As is her practice, Sibley has not served Appellees Seminole Pipeline Company, LLC ("Seminole") and Enterprise Products Operating, LLC ("Enterprise") (in fact, Sibley has never served Seminole and Enterprise with her Notice of Appeal).

Appellees Seminole and Enterprise support transfer to the First Court of Appeals. In the last 1-1/2 years, Sibley has filed three separate petitions for writ of mandamus in the First Court of Appeals, all of which the Court denied within days without requesting briefing from Seminole and Enterprise. Given the First Court of Appeals' familiarity with Sibley, it would be more efficient for this case to be transferred to the First Court of Appeals.

Although Seminole and Enterprise support transfer, they specifically object to Sibley's representation that 01-14-00454-CV, a case in which Seminole and Enterprise were not parties, is a "companion case" to the present appeal.

Very truly yours,

Nancy H. Elliott

Cc:    Adriene Sibley, *via email*
        Cynthia Fronterhouse, *via e-filing*
        Marquel Jordan, *via e-filing*